**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


WENDOLYN KIMMONS                                                     PLAINTIFF

vs.                                              Civil Action No. 3:11-cv-636 HTW-LRA

KELLY TEMPORARY SERVICE                                          DEFENDANT


<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

This matter is before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Linda R. Anderson which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to

the findings and recommendations contained therein within fourteen (14) days from the

date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this

court, finding that there has been no submission of written objections by any party,

hereby adopts said Report and Recommendation as the order of this court.

Plaintiff's motion to proceed *in forma pauperis* is denied.  Plaintiff shall be given

ninety (90) days to pay the filing fees in this cause on or before February 13, 2012,

unless she appeals this recommendation to the undersigned District Judge.

**SO ORDERED, this the 20th day of December, 2011.**


**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT JUDGE**